## SCHLOSSER *v.* SCHLOSSER ET AL.

[No. 22,938.  Filed November 2, 1915.]

APPEAL.— *Questions Reviewable.— Briefs.—* Where the error assigned is the ruling on the demurrer to appellant's complaint, appellant's brief, which neither contains the complaint or its substance, nor states any point and authority in support thereof, is insufficient to invoke consideration of the error assigned.

From Warren Circuit Court; *James T. Saunderson,* Judge.

Action by William Schlosser against Irene Schlosser and others.  From a judgment for defendants, the plaintiff appeals.  (Transferred from the Appellate Court under §1405 Burns 1914, Acts 1901 p. 590.)¯ *Affirmed.*

*John W. Sutton,* for appellant.
*Victor H. Ringer,* for appellees.

Cox, J.— Appellant filed his complaint in the lower court to quiet title to certain real estate.  Appellees who were made defendants demurred to the complaint and their demurrer was sustained.  Appellant refused to plead further and suffered judgment that he take nothing by his complaint. From this judgment he has appealed and assigned as error the court's ruling on demurrer.

The brief for appellant does not set out the complaint or the substance of it, nor the demurrer thereto.  Nor is any proposition or point with authorities in support thereof stated.  For this reason the brief is not sufficient to invoke consideration by this court of the error assigned.  Clause 5, Rule 22.  Judgment affirmed.

NOTE.—Reported in 110 N. E. 66.  See, also, 3 C. J. 1415, 1431; 2 Cyc. 1013, 1014,